UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DEANN GRAHAM,

    Plaintiff,

    v.

UMH HOLIDAY, et al.,

    Defendants.

Case No. 3:20-CV-714 JD

## OPINION AND ORDER

Plaintiff Deann Graham is asking to be granted leave to proceed on appeal without prepayment of fees. Ms. Graham was granted an in forma pauperis status while her case was pending before this Court, and her financial situation has remained substantially the same. Accordingly, the Court GRANTS her motion to proceed in forma pauperis on appeal (DE 26).

Ms. Graham has also filed two motions that should have been filed with the Court of Appeals for the Seventh Circuit: a motion requesting to file a docketing statement (DE 29) and a motion to respond to the order from the court of appeals (DE 32). Accordingly, the Court DENIES these motions as moot.

Next, Ms. Graham filed a motion requesting a transcript (DE 31). No hearings were held in this case, so no transcripts exist. Accordingly, the Court DENIES this motion.

Finally, Ms. Graham filed a response she received from the FBI to a letter she sent to that agency. She does not explain why she submitted this letter (the letter—or to be more precise an excerpt of the letter—directs her to contact a local FBI office), but she should be reminded that her case in this Court has now been closed and no further proceedings are expected.

SO ORDERED.

ENTERED: January 3, 2022

                                               /s/ JON E. DEGUILIO
                                               Chief Judge
                                               United States District Court